UNITED STATES of America ex rel. Armand GREGOIRE, Relator-Appellant, v. W. Frank WATKINS, as District Director of Immigration and Naturalization of the United States for the District of New York, etc., Respondent-Appellee.

No. 37, Docket 20291.

Circuit Court of Appeals, Second Circuit.

Oct. 7, 1946.

Gunther Jacobson, of New York City, for relator-appellant.

John F. X. McGohey, U. S. Atty., of New York City (Stanley H. Lowell, Asst. U. S. Atty., of New York City, of counsel), for respondent-appellee.

Before L. HAND, SWAN, and FRANK, Circuit Judges.

PER CURIAM.

Appeal dismissed on consent in open court.